UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIAM JENNINGS,

                                    Plaintiff,

        -against-

HUNTINGTON CRESCENT CLUB,
KEVIN MCGUINNESS, TOM COLLINS,
JAMES FARRELL, PETER PASTORELLI,
Sr., KEVIN RYAN, AND JOHN
LABARCA,

                                    Defendants.

------------------------------------------------------------X

Civ. No.: CV-11-5244(LDW)(ARL)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff filed the Complaint in this action on October 27, 2011;

WHEREAS Plaintiff alleges purported violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law;

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

(1)     Plaintiff's claims based on federal law in the above-captioned litigation, arising under the Fair Labor Standards Act or otherwise, are hereby voluntarily dismissed in their entirety and without prejudice; and

(2)     Plaintiff's claims based on state law in the above-captioned litigation, arising under New York State Labor Law or otherwise, are hereby involuntarily dismissed in their entirety, based on lack of supplemental jurisdiction, without prejudice to Plaintiff commencing a new action in

state court, pursuant to the authority of Section 205 of the Civil Practice

Law and Rules ("CPLR") of New York in commencing such action.


SCOTT MICHAEL MISHKIN, P.C.
*ATTORNEYS FOR PLAINTIFF*
One Suffolk Square, Suite 240
Islandia, New York  11749
(631) 234-1154

By: _____
Scott Michael Mishkin, Esq.
Kyle T. Pulis, Esq.

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York  11747
(631) 247-0404

By: _____
Marc S. Wenger, Esq.
Noel P. Tripp, Esq.

Dated: Nov. 28, 2011          Dated: Nov. 28, 2011

SO ORDERED on this _____ day of _____, 2011


_____
United States District Judge