Case 2:11-cv-05244-LDW-ARL   Document 2   Filed 11/28/11   Page 1 of 2 PageID #: 32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 2 8 2011   ★

LONG ISLAND OFFICE

------------------------------------------------------------X

WILLIAM JENNINGS,

                  Plaintiff,

-against-

HUNTINGTON CRESCENT CLUB,
KEVIN MCGUINNESS, TOM COLLINS,
JAMES FARRELL, PETER PASTORELLI,
Sr., KEVIN RYAN, AND JOHN
LABARCA,

                  Defendants.

------------------------------------------------------------X

Civ. No.:  CV-11-5244(LDW)(ARL)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff filed the Complaint in this action on October 27, 2011;

WHEREAS Plaintiff alleges purported violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law;

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

(1)    Plaintiff's claims based on federal law in the above-captioned litigation, arising under the Fair Labor Standards Act or otherwise, are hereby voluntarily dismissed in their entirety and without prejudice;  and

(2)    Plaintiff's claims based on state law in the above-captioned litigation, arising under New York State Labor Law or otherwise, are hereby involuntarily dismissed in their entirety, based on lack of supplemental jurisdiction, without prejudice to Plaintiff commencing a new action in

state court, pursuant to the authority of Section 205 of the Civil Practice

Law and Rules ("CPLR") of New York in commencing such action.

SCOTT MICHAEL MISHKIN, P.C.        JACKSON LEWIS LLP
*ATTORNEYS FOR PLAINTIFF*        *ATTORNEYS FOR DEFENDANTS*
One Suffolk Square, Suite 240        58 South Service Road, Suite 410
Islandia, New York  11749        Melville, New York  11747
(631) 234-1154        (631) 247-0404

By: _____        By: _____
Scott Michael Mishkin, Esq.        Marc S. Wenger, Esq.
Kyle T. Pulis, Esq.        Noel P. Tripp, Esq.

Dated: **Nov. 28, 2011**        Dated: *Nov. 28, 2011*

SO ORDERED on this 2ⁿᵈ day of *Dec.* 2011

*s/ Leonard D. Wexler*

United States District Judge